UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CALVIN MORGAN,

                                Petitioner,

   -against-

ROBERT ERCOLE,

                                Respondent.
---------------------------------------------------------------X

JUDGMENT
06-CV- 3716 (CBA)

      A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on November 12, 2009, denying the petition for a writ of habeas corpus; and ordering that a Certificate of Appealability shall not issue; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that a Certificate of Appealability shall not issue.

Dated: Brooklyn, New York
         November 12, 2009

                                          /S/
                                 ROBERT C. HEINEMANN
                                 Clerk of Court